**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:23-CR-00198 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE AMANDA M. |
| | ) | KNAPP |
| SOLOMON J. STALLINGS, | ) | |
| | ) | **ORDER ACCEPTING/ENTERING PLEA** |
| Defendant. | ) | **OF GUILTY AND REFERRING THE** |
| | ) | **MATTER FOR PREPARATION OF A** |
| | ) | **PRESENTENCE REPORT** |

Before the Court is the Report and Recommendation ("R&R") filed by United States Magistrate Judge Amanda M. Knapp recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 83). This matter was previously referred to the Magistrate Judge to accept Defendant's plea of guilty, conduct the colloquy prescribed by Fed. R. Crim. P. 11, cause a verbatim record of the proceedings to be prepared, refer the matter for preparation of a presentence report, and submit an R&R stating whether the plea should be accepted and a finding of guilty entered. (ECF No. 81).

On April 6, 2023, the government filed a five-count Indictment alleging that Defendant was a felon in possession of firearms and ammunition in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Counts 1 & 2); possessed with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) (Count 3); possessed with intent to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Count 4); and possessed firearms in furtherance of drug trafficking offenses in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count 5). On July 9, 2026, Defendant informed the Court that he intended to enter a guilty plea pursuant to a written plea agreement. (ECF No. 80).

1

On July 10, 2026, Magistrate Judge Knapp held a plea hearing, during which the Defendant entered a plea of guilty to Counts 2–5 of the Indictment.  (ECF No. 86, Tr. of hr'g, PageID #507).  The same day, Magistrate Judge Knapp issued an R&R recommending that the Court accept Defendant's guilty plea and enter a finding of guilty.  (ECF No. 83).  Defendant waived the objection period for the R&R.  (Minutes of proceedings [non-document] dated Jul. 10, 2026).

On review of the record, including the written transcript, the Court adopts the R&R. Defendant is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a guilty plea.  He is also aware of the trial rights he waives/gives up by pleading guilty.  There is an adequate factual basis for the plea. Defendant denied being threatened into entering the plea and confirmed that no promises have been made to him, other than those contained in the plea agreement.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea is accepted.

Therefore, Defendant is adjudged guilty of Counts 2, 3, 4, and 5 of the Indictment.  This matter is hereby referred to the U.S. Probation Office for the preparation of a presentence report. Sentencing is set for October 22, 2026, at 10:00 AM in Courtroom 17A.

**IT IS SO ORDERED.**

**Date: July 27, 2026**

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**